IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

**OCT 15 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND YOLANDA LONGORIA ALEXANDRE | § § § | |
| V. | § § | CIVIL ACTION NO. **B-01-174** |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | § § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant NATIONSCREDIT FINANCIAL SERVICES CORPORATION (hereinafter "Defendant"), through undersigned counsel of record, hereby removes from the 357th District Court of Willacy County, Texas to the United State District Court for the Southern District of Texas the following described and captioned lawsuit, and in support thereof, respectfully shows that:

I.

Plaintiffs filed suit on September 20, 2001 in the 357th Court, of Willacy County, Texas, entitled "*Jose Luis Alexandre, Jr. and Yolanda Longoria Alexandre v NationsCredit Financial Services Corporation*" bearing Cause No. 01-303 of said state court. On September 25, 2001, Defendant received the attached Citation and Plaintiffs' Original Petition. Copies of the state court documents are set out on the index of matters being filed, being all the process served upon Defendant, are attached hereto. No further proceedings have been had in Cause No. 01-303.

II.

Plaintiff's Petition alleges that Defendant violated the Federal Fair Debt Collection Practices Act 15 U.S.C. §§ 1692-1692(o). Plaintiff also asserts claims relating to defamation and denial of

59319/17736 0016

credit which would by necessity involve interpretation of the Fair Credit Reporting Act 15 U.S.C. § 1681-1681(u).

### III.

This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because the cause of action is founded on a claim or right arising under the laws of the United States, namely The Fair Debt Collection Practices Act and the Fair Credit Reporting Act.

### IV.

This action is removable under 28 U.S.C. § 1441 (b) without regard to the citizenship or residence of the parties or the amount in controversy.

### V.

Plaintiffs join to their Fair Debt Collection Practices Act claim under Texas State Law, over which this Court has jurisdiction pursuant to 28 U.S.C. § 1441(c).

### VI.

Less than thirty days have elapsed since receipt by Defendant, through service of process, of Plaintiffs' Original Petition filed by Plaintiffs in the state court action. Therefore, pursuant to 28 U.S.C. § 1446, this action has been timely removed to this Court based on federal question jurisdiction.

### VII.

Upon the filing of this Notice, Defendant has, at the same time, given written notice to Plaintiffs, through their counsel, by furnishing copies of this Notice and attachments. Defendant will file forthwith a notice of this removal in the 357th Court of Willacy County, State of Texas.

WHEREFORE, Defendant prays that this cause proceed before this Honorable Court as an action properly removed from the 357th Court of Willacy County, State of Texas.

Respectfully submitted,

Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEY-IN-CHARGE FOR DEFENDANT*
*NATIONSCREDIT FINANCIAL SERVICES*
*CORPORATION*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

## CERTIFICATE AND NOTICE OF FILING

The undersigned attorney of record for Defendant, certifies that on October 12, 2001, a copy of this Notice of Removal of action was filed by *overnight mail* with the District Clerk of Willacy County, Texas, and that written notice of filing of the Notice of Removal was served by *certified mail, return receipt requested* upon the attorney of record for Plaintiffs. Attached to the notices were copies of this Notice of Removal.

JEFFREY R. SEEWALD

# CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded via certified mail, return receipt requested, on this the 12th day of October, 2001, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, TX 78586

JEFFREY R. SEEWALD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE LUIS ALEXANDRE, JR. AND     §
YOLANDA LONGORIA ALEXANDRE     §
    §
V.     §    CIVIL ACTION NO. _____
    §
NATIONSCREDIT FINANCIAL     §
SERVICES CORPORATION     §

## INDEX OF MATTERS BEING FILED

Civil Cover Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Notice of Removal, Southern District of Texas . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Index of Matters Being Filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Citation and Officer's Return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Plaintiffs' Original Petition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Plaintiffs' Jury Request . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Docket Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Index of Counsel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Notice of Removal, United States District Court . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Notice of Removal, 357th Judicial District Court, Harris County . . . . . . . . . . . . . . . 10

59319/17736 0016

# CITATION

THE STATE OF TEXAS

To __John Price__

__225 East John Carpenter Freeway, Suite 600__

__Irving, Texas 75062__

Defendant_____, in the hereinafter styled and numbered cause  01-303

YOU ARE HEREBY COMMANDED to appear before the _____357th_____ Court _____

of _____Willacy_____ County, Texas, to be held at the courthouse of said county in the City of

_____Raymondville_____, _____Willacy_____ County, Texas, by filing a written answer to the

petition of plaintiff ___ at or before 10 o'clock A.M of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number __01-303_____, styled

__Jose Luis Alexandre, Jr. and Yolanda Longoria Alexandre_____, Plaintiff___,

vs. __Nationscredit Financial Services Corporation_____, Defendant___ .

filed in said court on the __20th__ day of __September_____, 20 01

Plaintiff is represented by ___Adolfo E. Cordova, Jr._____, whose

address is __711 N. Sam Houston__    __San Benito__    __Texas__    __78586__
             street                  city             state          zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the ____20th_____ day of

__September_____, 20 01

_____S.V. "Chago" Fonseca_____

District__ Clerk of _____Willacy_____ County, Texas

__546 W. Hidalgo, 2nd Floor__
Clerk's address

__Raymondville, TX 78580_____

By ___Theresa Garcia_____, Deputy.

NOTICE

You have been sued. You may employ an attorney. If you or your attorney
this citation by 10:00 a.m. on the Monday next following the expiration of twen
a default judgment may be taken against you.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only, No Insurance Coverage Provided)

Article Sent To:

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Name (Please Print Clearly) (To be completed by mailer)
John Price
Street, Apt. No.; or PO Box No.
10401 Deerwood Park Blvd
City, State, ZIP+4
Jacksonville, FL 32256

Postmark
Here

PS Form 3800, July 1999                    See Reverse for Instructions

Reproduction of this form by any person or party is prohibited

RETURN TO COURT COPY

# CITATION

THE STATE OF TEXAS

To   John Price

10401 Deerwood Park Boulevard

Jacksonville, Florida 32256

Defendant_____ , in the hereinafter styled and numbered cause   01-303

YOU ARE HEREBY COMMANDED to appear before the ____ 357th ____ Court _____

of ____ Willacy _____ County, Texas, to be held at the courthouse of said county in the City of

Raymondville _____ , Willacy _____ County, Texas, by filing a written answer to the

petition of plaintiff ___ at or before 10 o'clock A.M of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number   01-303 _____ , styled

Jose Luis Alexandre, Jr. and Yolanda Longoria Alexandre _____ , Plaintiff

vs.   Nationscredit Financial Services Corporation _____ , Defendant____ ,

filed in said court on the   20th   day of   September , 20 01 .

Plaintiff is represented by ____ Adolfo E. Cordova, Jr. _____ , whose

address is ___ 711 N. Sam Houston _____ San Benito _____ Texas ____ 78586

        street                     city                 state       zip code

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the ____ 20th ____ day of

September , 20 01

                              S.V. "Chago" Fonseca

                    District Clerk of ____ Willacy _____ County, Texas

                    546 W. Hidalgo, 2nd Floor

                    Clerk's address
                    Raymondville, TX 78580

                    By _Theresa Garcia_

RECEIPT (No Insurance Coverage Provided)
PS Form 3800, July 1999

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1 Article Addressed to

n Price
East John Carpenter Freeway
te 600
ing, Texas 75062

01-303

2 Article Number (Copy from service label)

PS Form 3811, July 1999        Domestic Return Receipt        102595 00 M 0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date
   Bill Jenkins
C. Signature
X  Bill Jenkins
D. Is delivery address different from item 1?
   If YES, enter delivery address below

SEP 2 7 2001

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail
☐ Restricted Delivery? (Extra Fee)   ☐ Yes

Name (Please Print Clearly) (To be completed by mailer)
John Price
225 E. John Carpenter Fw. Suite 600
Irving, TX 75062

CAUSE NUMBER: _01-303_

IN THE 357th JUDICIAL DISTRICT COURT OF WILLACY COUNTY, TEXAS

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR. and | § |
| YOLANDA LONGORIA ALEXANDRE | § |
| | § |
| VS. | § |
| | § |
| NATIONSCREDIT FINANCIAL, | § |
| SERVICES CORPORATION | § |

-oOo-

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs' file this original petition complaining of Defendant, **NATIONSCREDIT FINANCIAL SERVICES CORPORATION**, and as basis state as follows:

## A.  DISCOVERY CONTROL PLAN

1.      Discovery is intended to be conducted under Level 3 of Texas Rule of Civil Procedure 190.

## B.  PARTIES

2.      Plaintiffs are residents of Willacy County, Texas.

3.      Defendant may be served by serving its President, **JOHN PRICE** by certified mail, return receipt requested, delivery restricted to addressee only, at 10401 Deerwood Park Boulevard, Jacksonville, Florida 32256 and at 225 East John Carpenter Freeway, Suite 600, Irving, Texas 75062



SEP 2 0 20..

..ler\, Willacy Co.

Deputy

## C. FACTS

4    Plaintiffs' obtained a home equity loan from Defendant on June 22, 1998, encumbering their persona residence, legal described as Lots 5, 6, 7, and 8, Townsite of Raymondville, Willacy County, Texas according to the map or plat thereof, recorded in Map Records of Willacy County, Texas.

5.    This particular home equity loan was renewed with a subsequent home equity loan with Defendant, however, Defendant for some reason failed, even after being notified, to pay off the June 22, 1998 home equity loan.

6.    On April 17, 2000, Defendant filed a application under Rule 736 seeking an Order to proceed with foreclosure sale with the 107th Judicial District Court of Willacy County, Texas and proceeded to inform various credit reporting agencies of the purported delinquencies of Plaintiffs on the June 22, 1998 home equity loan.

7.    Plaintiffs', however, are current on the home equity loan and have no outstanding balances.

8.    Because of the foreclosure filed by Defendant, the newspapers in Willacy County, Texas published the foreclosure requested by Defendant on the June 22, 1998 home equity loan and such publication has caused grave embarrassment, humiliation and mental anguish to both Plaintiffs, since both Plaintiffs have been life long residents of Raymondville, Willacy County, Texas and are well known in the community.

9.    Moreover, Defendant published the purported delinquency of the June 22,

1998 home equity loan with credit reporting agencies and such agencies presently list the

aforesaid foreclosure in their credit reporting comments such reporting causing Plaintiffs

not only humiliation, embarrassment but also denial of credit and has in effect ruined their

credit standing for rating

10      As stated above, Plaintiffs have brought to Defendant's attention this error,

however, Defendant has filed to timely correct its error, even though Defendant did

withdraw the foreclosure application on June 6, 2000.

11.     On or about March 13, 2001 and May 14, 2001, Plaintiffs notified

NATIONSCREDIT FINANCIAL SERVICES CORPORATION, by certified mail (a true and

correct copy of which is attached hereto as Exhibit A and made a part hereof by reference),

of it's repeated attempts to collect on an account that has paid off by the subsequent home

equity loan.

12.     The aforesaid defamatory statements constitutes statutory libel in they tend

to injure the reputation of Plaintiffs and expose Plaintiffs to public hatred, contempt of

ridicule, tend to expose them to financial injury and tend to impeach Plaintiffs' honesty,

integrity, and reputation.

13.     The defamatory statements relating to the foreclosure and all publication

of such foreclosure are false.

## D.  Damages

14.     Plaintiffs asserts that Defendants actions, in harassing Plaintiff constituted

extreme and outrageous conduct and that such actions were intentional and reckless and whose purpose was to cause the infliction of emotional distress to Plaintiff. As a result of Defendants' actions, Plaintiff has suffered damages in amounts, which exceed the minimum jurisdictional limits of the Court.

## E. LIBEL AND SLANDER PER SE

15.    Defendant's action, as set out herein above, constitute libel and slander per se because they tend to injure the Plaintiffs' reputation and expose them to public, hatred, contempt, ridicule and financial injury and impeach their honesty and integrity.

Defendant's action, published the statements when it sent a credit rating to the Credit Bureau and to the different agencies Plaintiffs' applied to for credit.   All the people who read the defamatory statements understood that said statements referred to Plaintiffs and that they were defamatory.

Furthermore, Defendant's published said statements with substantial grounds for knowing that they might be false and with reckless disregard to whether they were true or false.

## F. STATUTORY VIOLATIONS

16.    Defendant's action as stated herein above, were direct violations of the Texas Debt Collection Act §392.301 and §392 302 of the Federal Debt collection Act. Defendant's collection methods amounted to coercion or attempted coercion as prohibited by the aforementioned statutes.

## G. DAMAGES

17.    Defendant's actions were a producing cause of the damages incurred by Plaintiffs  Plaintiffs have incurred damages in the following respects:

(A)    As a proximate result of the wrongful acts of Defendant, Plaintiffs have suffered severe emotional distress, embarrassment, anxiety, sleeplessness, worry, nervousness and other physical as well as mental pain and anguish and in all reasonable probability, Plaintiffs will continue to suffer such mental damages under Federal Fair Debt Collection Practices Act and Texas Debt Collection Practices Act.

## H.  CONDITIONS PRECEDENT

18.    All conditions precedent have been performed or have occurred as required by Texas Rule of Civil Procedure 54.

## I.  DEMAND FOR JURY

19.    Plaintiffs demand a jury trial and tender the appropriate fee.

## J.  PRAYER

20.    For these reasons, Plaintiffs ask that Defendants be cited to appear and answer, and that Plaintiffs have judgment against Defendant for:

a.    Economic damages within the jurisdictional limits of this court.

b.    Mental anguish damages within the jurisdictional limits of the court.

c.    Treble damages.

d    Damages within the jurisdictional limits of this.

e.    Reasonable and necessary attorney fees.

f     Prejudgment and post-judgment interest as allowed by law

g     Costs of suit.

h.    All other relief, in law and in equity, to which plaintiff may be entitled

RESPECTFULLY SUBMITTED,

**LAW FIRM OF ADOLFO E. CORDOVA, JR.**
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484

_____
ADOLFO E. CORDOVA, JR.
State Bar No. 00787287
ATTORNEY FOR PLAINTIFFS



Law Office of
# Adolfo E. Cordova, Jr.

711 N. Sam Houston
San Benito, Texas 78586

Office: (956) 399-1299
Fax: (956) 399-4484



March 13, 2001

NATIONSCREDIT
10401 Deerwood Park Blvd.
Jacksonville, Florida 32256

RE:   Loan No. 7001123707
      Jose Luis Alexandre Jr. and Yolanda
      Longoria

Dear Sir or Madam:

Be advised that my firm has been retained to represent Mr. & Mrs. Alexandre on the above referenced matter.

According to the information we have received, you have made repeated attempts to collect on an account that is allegedly past due and that supposedly Mr. & Mrs. Alexandre are responsible for. Some of these efforts include filing an application to foreclose on the property and publishing the foreclosure in the local newspapers.

Be further advised that this particular loan was renewed with a subsequent home equity loan with NATIONSCREDIT, however, NATIONSCREDIT for some reason failed, even after being notified, to pay off the June 22, 1998 home equity loan.

As a result of said conduct, Mr. & Mrs. Alexandre have been denied credit, been subjected to higher interest rates on loans they were able to secure, and lost out on business opportunities that presented themselves, leaving them in substantial economic hardship and damaged. All of the above mentioned actions by NATIONSCREDIT violate numerous provisions of the Fair Debt Collection Act.

Additionally, as the result of your wrongful acts, my clients have been subjected to embarrassment and ridicule, which has further damaged them.

Be further advised, therefore, that should NATIONSCREDIT, not correct Mr. & Mrs Alexandre's account and credit reports to reflect that the loan was satisfied in full timely and come to some amicable arrangement concerning the damages they incurred within

thirty (30) days, we will be forced to file suit to collect all damages allowed by law, including all attorney fees incurred in prosecuting said claims.

Thank you in advance for your immediate attention to this matter.

Sincerely,

ADOLFO E. CORDOVA, JR.

AEC/og

cc:  Jose Luis Alexandre



Law Office of
# Adolfo E. Cordova, Jr.

711 N. Sam Houston
San Benito, Texas 78586

Office: (956) 399-1299
Fax: (956) 399-4484

May 14, 2001

NATIONSCREDIT
10401 Deerwood Park Blvd.
Jacksonville, Florida 32256

RE.   Loan No. 7001123707
      Jose Luis Alexandre Jr. and Yolanda
      Longoria

## SECOND NOTICE

Dear Sir or Madam:

Be advised that my firm has been retained to represent Mr. & Mrs. Alexandre on the above referenced matter.

According to the information we have received, you have made repeated attempts to collect on an account that is allegedly past due and that supposedly Mr. & Mrs. Alexandre are responsible for.   Some of these efforts include filing an application to foreclose on the property and publishing the foreclosure in the local newspapers.

Be further advised that this particular loan was renewed with a subsequent home equity loan with NATIONSCREDIT, however, NATIONSCREDIT for some reason failed, even after being notified, to pay off the June 22, 1998 home equity loan

As a result of said conduct, Mr. & Mrs. Alexandre have been denied credit, been subjected to higher interest rates on loans they were able to secure, and lost out on business opportunities that presented themselves, leaving them in substantial economic hardship and damaged.   All of the above mentioned actions by NATIONSCREDIT violate numerous provisions of the Fair Debt Collection Act.

Additionally, as the result of your wrongful acts, my clients have been subjected to embarrassment and ridicule, which has further damaged them.

Be further advised, therefore, that should NATIONSCREDIT, not correct Mr. & Mrs Alexandre's account and credit reports to reflect that the loan was satisfied in full timely and come to some amicable arrangement concerning the damages they incurred within thirty (30) days, we will be forced to file suit to collect all damages allowed by law, including all attorney fees incurred in prosecuting said claims

Thank you in advance for your immediate attention to this matter

Sincerely,

ADOLFO E. CORDOVA, JR.

AEC/og

cc:  Jose Luis Alexandre

CAUSE NUMBER: 01-303

IN THE 357th JUDICIAL DISTRICT COURT OF WILLACY COUNTY, TEXAS

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR. and | § |
| YOLANDA LONGORIA ALEXANDRE | § |
| | § |
| VS. | § |
| | § |
| NATIONSCREDIT FINANCIAL, | § |
| SERVICES CORPORATION | § |

: -oOo-

## PLAINTIFFS' JURY REQUEST

Plaintifffs' **JOSE LUIS ALEXANDRE, JR. and YOLANDA LONGORIA ALEXANDRE** hereby requests a trial by jury.

Signed this the _____ day of _____, 20001

RESPECTFULLY SUBMITTED,

**LAW FIRM OF ADOLFO E. CORDOVA, JR.**
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484

_____
ADOLFO E. CORDOVA, JR.
State Bar No. 00787287
ATTORNEY FOR PLAINTIFFS

# CIVIL DOCKET

In the 357th District Court

Case No. 01-303

HART INFORMATION SERVICES AUSTIN, TX - (800)223-HART (9

| NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury |
|---|---|---|
| Jose Luis Alexandre, Jr. and Yolanda Longoria Alexandre | Adolfo E. Cordova, Jr. 711 N. Sam Houston San Benito, Texas 78586 Pltf | |
| VS | | |
| Nationscredit Financial, Services Corporation | Deft | |

ORDERS OF COURT

PROCESS

Plaintiff's Original Petition filed 9-20
Plaintiffs' Jury Request filed 9-20-01
2 CitationsIssued 9-20-01        John Price
                                 John Price

| Minute Book | | Jury No. | Paid by | Jury Fee. $ | DATE OF FILING | | |
|---|---|---|---|---|---|---|---|
| Vol | Page | | | | Month | Day | Year |
| | | | | | 9 | 20 | 01 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND | § | |
| YOLANDA LONGORIA ALEXANDRE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| NATIONSCREDIT FINANCIAL | § | |
| SERVICES CORPORATION | § | |

## NOTICE OF REMOVAL

TO:   Plaintiffs, Jose Luis Alexandre, Jr. and Yolanda Longoria Alexandre, by and through their attorney of record, Adolfo E. Cordova, Jr., Law Firm of Adolfo E. Cordova, Jr., 711 North Sam Houston, San Benito, Texas 78586

PLEASE TAKE NOTICE that the action in which you are named as Plaintiffs, filed in the 357th Judicial District Court of Willacy County, Texas, has been removed from that court to the United States District Court for the Southern District of Texas, Houston Division, effective October 15, 2001. On this day, a Notice of Removal, a copy of which is attached, was filed with the Clerk of the United States District Court and a copy of that Notice of Removal has been filed with the Clerk of the above-referenced State District Court effecting removal.

Respectfully submitted,

_____
Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEY-IN-CHARGE FOR DEFENDANT*
*NATIONSCREDIT FINANCIAL SERVICES*
*CORPORATION*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded via certified mail, return receipt requested, on this the 12 day of October, 2001, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, Texas 78586

JEFFREY R. SEEWALD

NO. 01-303

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND | § | IN THE DISTRICT COURT OF |
| YOLANDA LONGORIA ALEXANDRE | § | |
| | § | |
| V. | § | WILLACY COUNTY, TEXAS |
| | § | |
| NATIONSCREDIT FINANCIAL | § | |
| SERVICES CORPORATION | § | 357TH JUDICIAL DISTRICT |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that the Defendant, NationsCredit Financial Services Corporation has, pursuant to applicable law, filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is attached to and filed with this document, and that this action is removed to the United States District Court as of today, October 15, 2001. This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEY-IN-CHARGE FOR DEFENDANT*
*NATIONSCREDIT FINANCIAL SERVICES*
*CORPORATION*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded via certified mail, return receipt requested, on this the 12ᵗʰ day of October, 2001, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, Texas 78586

_____
JEFFREY R. SEEWALD

59319/17736 0016