3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



OCT 1 9 2001

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND | § | |
| YOLANDA LONGORIA ALEXANDRE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B01CV174 |
| | § | |
| NATIONSCREDIT FINANCIAL | § | |
| SERVICES CORPORATION | § | |

## AGREED MOTION TO EXTEND ANSWER DEADLINE

TO THE HONORABLE HILDA TAGLE,
JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant NATIONSCREDIT FINANCIAL SERVICES CORPORATION (hereinafter "Defendant"), files this Agreed Motion to Extend the date to file its Answer in the above-captioned lawsuit, to November 12, 2001, and in support thereof, respectfully shows that:

I.

The current date for Defendant to file an Answer is Monday, October 22, 2001. The parties have agreed to extend the Answer date to November 12, 2001.

WHEREFORE, Defendant prays that this Honorable Court grant its Motion to Extend the Answer deadline to November 12, 2001.

59877/17736.0016

Respectfully submitted,

*[signature]*

Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEY-IN-CHARGE FOR DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

*[signature]* Adolfo E. Cordova, Jr. w/ permission by JS

Adolfo E. Cordova, Jr.
State Bar No. 00787287
LAW FIRM OF ADOLFO E. CORDOVA, JR.
711 North Sam Houston
San Benito, Texas 78586
Telephone: (956) 399-1299
Fax: (956) 399-4484

*ATTORNEY-IN-CHARGE FOR PLAINTIFFS JOSE LUIS ALEXANDRE, JR. AND YOLANDA LONGORIA ALEXANDRE*

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure, on this the 18th day of October, 2001, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, TX 78586

_____
JEFFREY R. SEEWALD

59877/17736 0016

- 3 -