United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR. AND YOLANDA LONGORIA ALEXANDRE | § § § § |
| V. | §  Civil Action No. B-01-174 |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | § § § § |

ORDER

BE IT REMEMBERED that on October 23, 2001, the Court considered the Agreed Motion to Extend Answer Deadline [Dkt. No. 3]. The Court, having considered that the motion is agreed to by the parties, **GRANTED** the motion. The new deadline by which Defendant must file its answer is, as agreed by the parties, November 12, 2001.

DONE at Brownsville, Texas, this 23rd day of October, 2001.

_____
Hilda G. Tagle
United States District Judge