5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

NOV 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR. AND § | |
| YOLANDA LONGORIA ALEXANDRE § | |
| § | |
| V. § | CIVIL ACTION NO. B01CV174 |
| § | |
| NATIONSCREDIT FINANCIAL § | |
| SERVICES CORPORATION § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE HILDA TAGLE,
JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, NATIONSCREDIT FINANCIAL SERVICES CORPORATION, Defendant in the above entitled cause, and files this Certificate of Interested Parties.

The following includes a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to Defendant at this time to have a financial interest in the outcome of this litigation:

1. NationsCredit Financial Services Corporation, including, but not limited to, its agents, representatives, and/or employees.

2. EquiCredit Corporation of America, the parent company of NationsCredit Financial Services Corporation, including but not limited to, its agents, representatives, and/or employees.

3. <u>Bank of America Corporation</u>, the ultimate parent corporation of NationsCredit Financial Services Corporation and EquiCredit Corporation of America, including, but not limited to, its agent, representatives, shareholders, and/or employees.

60544/17736 0016

4. Jose Luis Alexandre, Jr.

5. Yolanda Longoria Alexandre

Defendant, in accordance with the Court's order, will file an amended certificate identifying additional parties whose financial interest is subsequently made known to Defendant.

Respectfully submitted,

_____
Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEY-IN-CHARGE FOR DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure, on this the 2nd day of November, 2001, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, TX 78586

_____
JEFFREY R. SEEWALD

60544/17736.0016