| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED
JAN 1 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| JOSE LUIS ALEXANDRE, JR., et al | § | |
| | § | |
| | § | |
| versus | § | CIVIL ACTION NO: B: 01-174 |
| | § | |
| | § | |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | § | |

## Order Resetting Conference

The initial pre-trial conference set for *February 18, 2002,* has been reset to:

### February 25, 2002 at 2:00 p.m.

Signed on _____January 10_____, 2002 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge