9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR. AND § | |
| YOLANDA LONGORIA ALEXANDRE § | |
| § | |
| v. § | Civil Action No. B-01-174 |
| § | |
| NATIONSCREDIT FINANCIAL § | |
| SERVICES CORPORATION § | |

## ORDER

BE IT REMEMBERED that on February 12, 2002, the Court considered the Parties' Joint Discovery/Case Management Plan [Dkt. No. 8 ¶ 16] which indicates that the Parties are agreeable to trial before a magistrate judge.

If the Parties submit a signed Consent to Proceed Before the Magistrate Judge by 4:00 p.m. on February 19, 2002, the initial pretrial conference set for February 25, 2002 will be taken off the docket and reset by Magistrate Judge Felix Recio. If, however, the Parties do not sign and return the consent form, the initial pretrial conference will proceed as scheduled.

DONE at Brownsville, Texas, this 12th day of February, 2002.

_____
Hilda G. Tagle
United States District Judge