/C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND | § | |
| YOLANDA LONGORIA ALEXANDRE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B01CV174 |
| | § | |
| NATIONSCREDIT FINANCIAL | § | |
| SERVICES CORPORATION | § | |

## ORDER

This case is transferred to United States Magistrate Judge Felix Recio to conduct all further proceedings, including final judgment.

Feb 20, 2002
Date

_____
United States District Judge

64487/17736 0016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR. AND § | |
| YOLANDA LONGORIA ALEXANDRE § | |
| § | |
| V. § | CIVIL ACTION NO. B01CV174 |
| § | |
| NATIONSCREDIT FINANCIAL § | |
| SERVICES CORPORATION § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment in accordance with 28 U.S.C. § 636(c).

Respectfully submitted,

_____
Adolfo E. Cordova, Jr.
State Bar No. 00787287
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, Texas 78586
Telephone: (956) 399-1299
Fax: (956) 399-4484

ATTORNEY FOR PLAINTIFFS

*[signature]*

Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEY-IN-CHARGE FOR DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure, on this the 18th day of February, 2002, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, TX 78586

*[signature]*

JEFFREY R. SEEWALD

64487/17736.0016

2