11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR., ET AL | * | |
| vs | * | CIVIL ACTION NO. B-01-174 (636(c)) |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

**February 25, 2002, @ 2:00 P.M.**
(The Plaintiffs' counsel shall initiate the call.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

**BY ORDER OF THE COURT**

February 21, 2002

cc:   Counsel of Record