12

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

FEB 25 2002

Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:      Ryan A Byrd

Date:          Feb 25, 2002, 2:00 pm
-------------------------------------------------------------------
                    C. A. NO. B-01-174 (636(c))
-------------------------------------------------------------------
JOSE LUIS ALEXANDRE, JR.              *       Adolfo E Cordova, Jr.
YOLANDA LONGORIA ALEXANDRE            *                 "
          VS                          *
NATIONSCREDIT FINANCIAL SERVICES CORP.*       Jeffrey R. Seewald

-------------------------------------------------------------------

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Cordova and Seewald.

The parties agreed to the docket dates. A scheduling order will be issued.