IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND | § | |
| YOLANDA LONGORIA ALEXANDRE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01CV174 |
| | § | |
| NATIONSCREDIT FINANCIAL | § | |
| SERVICES CORPORATION | § | |

-oOo-

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

Parties known to Plaintiffs to have a financial interest in the outcome of this litigation are the following:

(1)   Jose Luis Alexandre, Jr.

(2)   Yolanda Longoria Alexandre

(3)   NationsCredit Financial Services Corporation, including, but not limited to, its agents, representatives, and/or employees.

(4)   EquiCredit Corporation of America, the parent company of NationsCredit financial Services Corporation, including but not limited to, its agents, representatives, and/or employees.

(5)   Bank of America Corporation, the ultimate parent corporation of NationsCredit Financial Services Corporation and EquiCredit Corporation of America, including, but not limited to, its agent, representatives, shareholders, and/or employees.

Respectfully submitted,

**LAW FIRM OF ADOLFO E. CORDOVA, JR.**
Attorney At Law
711 N. Sam Houston
San Benito, Texas 78586
Phone (956) 399-1299
Fax (956) 399-4484

_____
ADOLFO E. CORDOVA, JR.
State Bar No. 00787287
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, **ADOLFO E. CORDOVA, JR.**, certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure, on this the 17th day of May, 2002, to the following counsel of record:

**Jeffrey R. Seewald**
Law Offices of McGlinchey Stafford
1001 McKinney, Suite 1500
Houston, Texas 77002

CMRRR 7001 1940 0002 5248 2641

_____
ADOLFO E. CORDOVA, JR.