United States District Court
Southern District of Texas
FILED

MAY 2 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND YOLANDA LONGORIA ALEXANDRE | § | |
| VS. | § | CIVIL ACTION NO. B01CV174 |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | § | |

## MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE PURSUANT TO LOCAL RULE 1(K)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ADOLFO E. CORDOVA, JR., Attorney for Plaintiffs, JOSE LUIS ALEXANDRE, JR. and YOLANDA LONGORIA ALEXANDRE and files this their Motion for Leave to Appear as Attorney-In-Charge and in support thereof would show unto the Court as follows:

**1.**

The above styled and referenced case was intially filed in the 357th Judicial District court of Cameron County, Texas on or about September 20, 2001. Thereafter, it was removed to this Court on or about October 15, 2001. Since Movant is not admitted to practice in this Court, he is hereby requesting that he be allowed to appear as attorney-in-charge for Plaintiffs, JOSE LUIS ALEXANDRE, JR. and YOLANDA LONGORIA ALEXANDRE in this case.

**2.**

ADOLFO E. CORDOVA, JR., Attorney for Plaintiffs, JOSE LUIS ALEXANDRE, JR. and YOLANDA LONGORIA ALEXANDRE is licensed to practice in all Texas State Courts

and is in good standing with the same.

WHEREFORE PREMISES CONSIDERED, ADOLFO E. CORDOVA, JR. prays that pending the duration of this case, that he be permitted to appear as attorney-in-charge in this proceeding.

                Respectfully submitted,

                LAW OFFICE OF ADOLFO E. CORDOVA, JR.
                711 NORTH SAM HOUSTON
                SAN BENITO, TEXAS 78586
                (956) 399-1299
                (956) 399-4484 - FAX

                BY: _____
                     ADOLFO E. CORDOVA, JR.
                     STATE BAR #00787287
                     ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent certified mail, return receipt requested to the Attorney of record on this the __17__ day of May, 2002 as follows:

JEFFREY R. SEEWALD
LAW OFFICES OF McGLINCHEY STAFFORD
1001 McKinney, Suite 1500
Houston, Texas 77002    CMRRR 7001 1940 0002 5248 2641

_____
ADOLFO E. CORDOVA, JR.
State Bar #00787287
Attorney for Plaintiffs

### CERTIFICATE OF CONFERENCE

Movant herein has conferred with opposing counsel with regards to the filing of this motion, and he does not oppose this motion.

_____
ADOLFO E. CORDOVA, JR.
State Bar #00787287