# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. | * | |
| YOLANDA LONGORIA ALEXANDRE | * | |
| | * | |
| VS | * | C.A. NO. B-01-174 |
| | * | (636(c)) |
| NATIONSCREDIT FINANCIAL SERVICES | * | |
| CORPORATION | * | |

## ORDER SETTING HEARING

Attorney Adolfo E. Cordova's Motion for Leave to Appear as Attorney-in-Charge, in the above-captioned cause of action, is hereby set for a hearing on July 15, 2002, at 2:00 p.m. The Plaintiffs' presence at said hearing is required.

DONE at Brownsville, Texas, this 21st day of June 2002.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520