UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

JUN 26 2002

Michael N. Milby
Clerk of Court

JOSE LUIS ALEXANDRE, JR., ET AL.
    PLAINTIFF

VS.

NATIONS CREDIT FINANCIAL
SERVICES CORP.
    DEFENDANT

Division: Brownsville
CASE NO. B-01-CV-174

**ADR METHOD:** Mediation __X__    Arbitration ____
                  Mini – trail ____    Summary Jury Trial ____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled __X__ or did not settle ____.

2. My total fee and expenses were: $ 475.00 per party (2 parties)
   (if you had no fee and expenses, please indicate if the case settled before
   ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
   to order of the court or agreement of the parties.)

3. Please list names, address and telephone numbers of all parties and all counsel
   of record:

Mr. Adolfo E. Cordova, Jr.
LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 North Sam Houston
San Benito, TX 78586
PHONE: 956/399-1299
FACSIMILE: 956/933-4484

Mr. Jeffrey Seewald
McGLINCHEY STAFFORD
1001 McKinney, Ste. 1500
Houston, TX 77002
PHONE: 713/520-1900
FACSIMILE: 713/520-1025

Date: June 24, 2002

ADR PROVIDER
Name: Leo C. Salzman

Signature: *Leo C. Salzman*

SDTX-ADR.5