THE HONORABLE, FELIX RECIO, MAGISTRATE JUDGE PRESIDING

HEARING ON MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE

C. A. NO B-01-174                                JULY 15, 2002, @ 2:00 PM

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. | * | ADOLFO E. CORDOVA, JR. |
| YOLANDA LONGORIA ALEXANDRE | * | |
| VS. | * | |
| NATIONSCREDIT FINANCIAL SERVICE CORP | * | JEFFREY R. SEEWALD |

United States District Court
Southern District of Texas
FILED

JUL 1 5 2002

Michael N. Milby
Clerk of Court

---

**IN CHAMBER MINUTES**

Law Clerk: Ryan Byrd


Conference held in chambers. Attorney Cordova appeared and agreed to get sub-counsel to file Notice of Settlement and Order of Dismissal.