UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE LUIS ALEXANDRE, JR., ET AL * | |
| * | |
| VS * | CIVIL ACTION NO. B-01-174 |
| * | |
| NATIONSCREDIT FINANCIAL SERVICE * | |
| CORP. * | |

## ORDER CANCELLING HEARING

Since the parties settled the above-cause of action through mediation, the motions hearing set for September 26, 2002, is hereby CANCELLED.

If an agreed order of dismissal is not filed by October 25, 2002, a joint pretrial order shall be due by said date and the final pretrial and jury selection will remain as scheduled on October 31, 2002, at 2:00 p.m., and November 1, 2002, at 9:00 a.m.

DONE at Brownsville, Texas, this 23rd day of September 2002.

Felix Recio
United States Magistrate Judge