IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND YOLANDA LONGORIA ALEXANDRE | § § § | |
| V. | § | CIVIL ACTION NO. B01CV174 |
| | § | |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | § § § | |

## UNOPPOSED MOTION TO DISMISS

COMES NOW Defendant **NATIONSCREDIT FINANCIAL SERVICES CORPORATION** in the above styled and numbered cause, and moves this Court for an order dismissing all claims Plaintiffs and Defendant have against the other as alleged herein, and in support thereof would show as follows:

Plaintiffs and Defendant have resolved their disputes and no longer wish to pursue their claims against each other as alleged herein and now seek dismissal, **with prejudice**, of Plaintiffs' claims against Defendant.

77200.1/17336.0040

WHEREFORE, PREMISES CONSIDERED Defendant requests that all claims asserted by Plaintiffs in this cause be dismissed.

Respectfully submitted,

_____
Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*Attorney-in-Charge for Defendant*
*NationsCredit Financial Services Corporation*

OF COUNSEL:

**McGLINCHEY STAFFORD**
A Professional Limited Liability Company

### CERTIFICATE OF CONFERENCE

I, Jeffrey R. Seewald, certify that I have conferred with counsel for Plaintiff, and he is unopposed to the foregoing Motion.

_____
JEFFREY R. SEEWALD

77200.1/17336.0040

- 2 -

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Seewald, certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure, on this the 24th day of October, 2002, to the following counsel of record:

Adolfo E. Cordova, Jr.
Law Firm of Adolfo E. Cordova, Jr.
711 North Sam Houston
San Benito, TX 78586

_____
JEFFREY R. SEEWALD