IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS ALEXANDRE, JR. AND YOLANDA LONGORIA ALEXANDRE | § § § | |
| V. | § § | CIVIL ACTION NO. B01CV174 (636(c)) |
| NATIONSCREDIT FINANCIAL SERVICES CORPORATION | § § § | |

## ORDER OF DISMISSAL

Came on to be considered the Unopposed Motion to Dismiss all claims of Plaintiffs against Defendant. The Court, having considered the Motion, is of the opinion that it should be GRANTED. IT IS THEREFORE;

ORDERED, ADJUDGED and DECREED that all claims Plaintiffs have asserted against Defendant in the above entitled case or could have asserted in such case are hereby dismissed **with prejudice** to the re-filing of same against Defendant in this case. IT IS FURTHER;

ORDERED, that all costs be taxed to the party incurring the same; IT IS FURTHER;

ORDERED, that all relief not expressly given herein is DENIED.

SIGNED this the 28th day of October, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

77200.1/17336.0040